## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAMLET GARCIA, JR.** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY, et al.** | : | **NO. 17-5324** |
| **Defendants.** | : | |

| | | |
|---|---|---|
| | : | |
| **HAMLET GARCIA, JR.** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STATE OF PENNSYLVANIA,** | : | **NO. 17-5325** |
| **Defendants.** | : | |

| | | |
|---|---|---|
| | : | |
| **HAMLET GARCIA, JR.** | : | **CIVIL ACITON** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CHRISTINA A. KING,** | : | **NO. 17-5326** |
| **Defendant.** | : | |

## ORDER

AND NOW, this 8 ʰ day of December, 2017, upon consideration of plaintiff's motions to proceed *in forma pauperis* and his *pro se* complaints in the above cases, it is ORDERED that:

1.      Plaintiff's motions for leave to proceed *in forma pauperis* are GRANTED.

2.      The complaints in all three of the above cases are DISMISSED as frivolous and malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii)  for the reasons discussed in the Court's memorandum.  Plaintiff is not given leave to file an amended complaint in any of the three cases.

3.     The Clerk of Court shall CLOSE each case.

**BY THE COURT:**

**GERALD A. MCHUGH, J.**